IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                      No. CIV S-08-0348 MCE KJM P

    vs.

WARDEN RUNNELS, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on February 5, 2008. The court's own records reveal that on January 26, 2005, January 3, 2005, May 1, 2006, and Jun 26, 2006, plaintiff filed complaints containing virtually identical allegations against the same defendants. (No. Civ. S- 05-364 MCE PAN, Civ. No. S-05-0007 GEB PAN, Civ. No. S-06-940 GEB GGH, Civ. No. S-0101413 ALA).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed as frivolous.

        In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1   These findings and recommendations are submitted to the District Judge assigned
2   to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being
3   served with these findings and recommendations, plaintiff may file written objections with the
4   court.  The document should be captioned "Objections to Magistrate Judge's Findings and
5   Recommendations."  Plaintiff is advised that failure to file objections within the specified time
6   may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
7   Cir. 1991).

8   DATED:  February 22, 2008.

_____
U.S. MAGISTRATE JUDGE